AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
JUAN CARRILLO-ACEVEDO,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0981

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN CARRILLO-ACEVEDO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/8/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                                   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City             State             Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                      Fax Number |

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 8, 2008                                             /s/  Joseph McMullen
                                                                JOSEPH McMULLEN
                                                                Federal Defenders of San Diego, Inc.
                                                                225 Broadway, Suite 900
                                                                San Diego, CA 92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                e-mail: Joseph_McMullen@fd.org